424 A.2d 549

Moss Rehab. Hosp. v. Hayes et al., Blue Cross of Greater Phila. and Penna. Blue Shield.

App. of Elizabeth Hayes.

Argued June 27, 1979.   Allen Feingold, for appellant;   Anthony B. Agnew, Jr., for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

424 A.2d 549

Splawski, Appellant v. Snyder.
Reargument Denied Feb. 19, 1980.

Argued December 4, 1978.   David A. Martino, for appellant;   George A. Hahalis, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Decision of lower court affirmed based on the able opinion of Judge Woodring.

SPAETH, J. filed a memorandum dissenting statement.

* Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.  This decision was reached prior to the death of Judge Robinson.